Paul J. Andre (Bar No. 196585)
Esha Bandyopadhyay (Bar No. 212249)
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, California 94025-1114
Phone: (650) 838-4370
Fax: (650) 838-4350
Email: pandre@perkinscoie.com
       bande@perkinscoie.com

Scott T. Wilsdon (*pro hac vice* pending)
John H. Jamnback (*pro hac vice* pending)
Jeremy E. Roller (*pro hac vice* pending)
Yarmuth Wilsdon Calfo PLLC
925 Fourth Avenue, Suite 2500
Seattle, Washington 98104
Phone: (206) 516-3800
Fax: (206) 516-3888
Email: wilsdon@yarmuth.com
       jjamnback@yarmuth.com
       jroller@yarmuth.com

Attorneys for Plaintiff Microsoft

DATE OF ISSUANCE: August 11, 2006

HOUR OF ISSUANCE: 4:14 p.m.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN PIRA, d/b/a BACKUP SOFTWARE SALES INC., KEVINPIRA@EXCITE.COM, MICROSOFTWHOLESALE, WHOLESALESOFTWAREDIRECT, FLAMINGKEVIN, SWEETKEVSALES, KEVSCUSTOMTRUCK, ROYALRUMBLEWWE, ELECTECHNOLOGIES, and KEVINPIRA, an individual,<br><br>Defendant. | NO. 1:06-cv-1048 OWW LJO<br><br>ORDER GRANTING MICROSOFT'S *EX PARTE* APPLICATION FOR (1) TEMPORARY RESTRAINING ORDER ENJOINING DISTRIBUTION OF MICROSOFT PRODUCTS, (2) TEMPORARY ORDER IMPOUNDING MICROSOFT PRODUCTS, AND (3) ORDER TO SHOW CAUSE |

THIS MATTER comes before the Court upon plaintiff Microsoft Corporation's ("Microsoft") *Ex Parte* Application for (1) a Temporary Restraining Order enjoining

[PROPOSED] ORDER GRANTING
MICROSOFT'S *EX PARTE* APP. FOR (1) TRO,
(2) TEMPORARY IMPOUNDMENT ORDER,
AND (3) ORDER TO SHOW CAUSE – Page 1

defendant Kevin Pira ("Pira") from distributing Microsoft software products or purported Microsoft software products, (2) a Temporary Impoundment Order directing Pira to preserve all Microsoft software products or purported Microsoft software products pending an inspection, segregation and impoundment of all counterfeit, tampered and/or infringing products, and (3) a Show Cause Order requiring Pira to appear and show cause why the Temporary Restraining Order and Temporary Impoundment Order should not remain in place pending (a) the inspection and impoundment, and (b) determination of whether the provisional relief ordered herein shall remain in effect pending the trial in this action. Having reviewed the materials submitted, and being fully advised, the Court GRANTS Microsoft's application as follows:

(1)    The Court GRANTS Microsoft's *Ex Parte* Application without notice to Pira because the Court finds that there is a real and substantial probability that Pira will secrete**, destroy,** or transfer beyond the Court's jurisdiction the Microsoft software products or purported Microsoft software products that are the subject of this Temporary Restraining Order, rendering the relief granted ineffective. The Court bases this finding on Pira's continued distribution of counterfeit Microsoft software and the fact that Microsoft's efforts to convince Pira to cease his distribution of counterfeit Microsoft software have failed to persuade Pira to reform his practices. Based upon this evidence and showing, the Court finds good cause to hear Microsoft's application and issue this Temporary Restraining Order *ex parte*.

(2)    The Court GRANTS Microsoft's *Ex Parte* Application for a Temporary Restraining Order enjoining Pira's distribution of Microsoft software products or purported Microsoft software products upon finding that plaintiff Microsoft has carried its burden of showing (a) irreparable harm, and (b) a likelihood of success on the merits. Infringement of Microsoft's copyright and trademark rights in itself causes irreparable harm to Microsoft. Additionally, the Court finds that consumer dissatisfaction with counterfeit software

PDF created with pdfFactory trial version www.pdffactory.com

purchased from Pira has irreparably harmed Microsoft and will continue to irreparably harm Microsoft**s trademark and product reputation** unless enjoined. Alternatively, the Court finds that Microsoft has carried its burden of showing sufficient questions on the merits to make them a fair ground for litigation and a balance of hardships tipping decidedly in its favor.

(3) The Temporary Restraining Order is granted pursuant to Federal Rule of Civil Procedure 65, 15 U.S.C. § 1116(a) (trademark) and 17 U.S.C. § 502 (copyright).

(4) The Court hereby RESTRAINS AND ENJOINS Kevin Pira, and any persons or entities acting on his behalf, from advertising, distributing or selling any Microsoft software products or purported Microsoft software products, including, but not limited to the following:

(a) Windows XP Professional,
(b) Office 2003 Professional,
(c) Access 2003,
(d) Excel 2003,
(e) Outlook 2003,
(f) PowerPoint 2003,
(g) Word 2003,
(h) Publisher 2003, and
(i) Any other software products protected by any Microsoft copyright or displaying any Microsoft trademark.

(5) The Court hereby RESTRAINS AND ENJOINS Kevin Pira, and any persons or entities acting on his behalf, from advertising, distributing or selling any Microsoft software components or purported Microsoft software components, including, but not limited to the following:

(a) Certificates of Authenticity ("COAs"),

[PROPOSED] ORDER GRANTING
MICROSOFT'S *EX PARTE* APP. FOR (1) TRO,
(2) TEMPORARY IMPOUNDMENT ORDER,
AND (3) ORDER TO SHOW CAUSE – Page 3

PDF created with pdfFactory trial version www.pdffactory.com

1         (b)      End User License Agreements ("EULAs"),

2         (c)      Client Access Licenses ("CALs"),

3         (d)      Product keys,

4         (e)      End user manuals,

5         (f)      Frontliners and backliners,

6         (g)      Registration cards, and

7         (h)      Any other documentation, labeling components or packaging designed to be distributed with Microsoft software products.

(6) This Temporary Restraining Order shall take effect immediately and shall remain in effect pending the Show Cause Hearing in Paragraph 14, or further order of this Court. Pira may apply to the Court for dissolution or modification of this Temporary Restraining Order on two court days' notice to Microsoft.

(7) The Court GRANTS Microsoft's *Ex Parte* Application for a Temporary Impoundment Order upon finding that plaintiff Microsoft has carried its burden of showing (a) irreparable harm, and (b) a likelihood of success on the merits. Alternatively, the Court finds that Microsoft has carried its burden of showing sufficient questions on the merits to make them a fair ground for litigation and a balance of hardships tipping decidedly in its favor.

(8) The Temporary Impoundment Order is granted pursuant to Federal Rule of Civil Procedure 65, 15 U.S.C. § 1116(a) (trademark) and 17 U.S.C. § 503(a) (copyright).

(9) The Court hereby RESTRAINS AND ENJOINS Kevin Pira, and any persons or entities acting on his behalf, from transferring, removing or disposing of any Microsoft software products and components or purported Microsoft software products and components, in his possession, custody or control.

PDF created with pdfFactory trial version www.pdffactory.com

(10) Pira is further ORDERED to identify in writing to plaintiff's counsel, not later than 12:00 p.m. on Thursday, August 17, 2006, the location or locations of all such products and components and a description of those products and components.

(11) This Temporary Impoundment Order shall take effect immediately and shall remain in effect pending the Show Cause Hearing in Paragraph 14, or further order of this Court.  Pira may apply to the Court for dissolution or modification of this Temporary Impoundment Order on two court days' notice to Microsoft.

(12) Pira is ORDERED to preserve all electronic data files, e-commerce records, e-mail communications, customer records, shipping records, telephone logs and other materials that relate to his business records and business practices (including but not limited to records reflecting Pira's acquisition or distribution of Microsoft software products and components, and purported Microsoft software products and components), or any other person, firm, or entity either directly or indirectly under his control, wherever those records are kept, and whether kept electronically or in hard copy.

(13) Microsoft is directed to file proof of bond, in the amount of $**100,000**, no later than 5:00 p.m. on Tuesday, August 15, 2006.  The bond shall serve as security for all claims with respect to this Temporary Restraining Order and Temporary Impoundment Order.

(14) Pira is ordered to appear in Courtroom 3 of the United States District Court for the Eastern District of California, 2500 Tulare Street, Fresno, California, on Friday, August 18, 2006, at 10:00 a.m, and show cause why Temporary Restraining Order and Temporary Impoundment Order should not remain in effect pending (a) the inspection, segregation and impoundment of any counterfeit, tampered and/or infringing Microsoft software products and components in his possession, custody or control, or to which he has reasonable access and (b) determination of whether the Court should issue a preliminary injunction extending the provisional relief ordered herein pending the trial in this action.

PDF created with pdfFactory trial version www.pdffactory.com

1  (15)  Pira shall serve and file any papers in opposition to the continued restraint and impoundment not later than 12:00 p.m. on Thursday, August 17, 2006.

[PROPOSED] ORDER GRANTING
MICROSOFT'S *EX PARTE* APP. FOR (1) TRO,
(2) TEMPORARY IMPOUNDMENT ORDER,
AND (3) ORDER TO SHOW CAUSE – Page 6

PDF created with pdfFactory trial version www.pdffactory.com

(16) The Court orders Microsoft to serve Pira with this Order no later than 12:00 p.m. on Monday, August 14, 2006.

DATED this   11th   day of          August         , 2006.

/s/ OLIVER W. WANGER
The Honorable Oliver W. Wanger
United States District Judge

Presented by:


/s/   Paul J. Andre
Paul J. Andre (Bar No. 196585)
Esha Bandyopadhyay (Bar No. 212249)
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, California  94025-1114
Phone: (650) 838-4370
Fax: (650) 838-4350
Email: pandre@perkinscoie.com
       bande@perkinscoie.com


/   Scott T. Wilsdon
Scott T. Wilsdon (*pro hac vice*)
John H. Jamnback (*pro hac vice* pending)
Jeremy E. Roller (*pro hac vice* pending)
YARMUTH WILSDON CALFO PLLC
925 Fourth Avenue, Suite 2500
Seattle, Washington 98104
Phone: (206) 516-3800
Fax: (206) 516-3888
Email: wilsdon@yarmuth.com
       jjamnback@yarmuth.com
       jroller@yarmuth.com

Attorneys for Plaintiff Microsoft Corporation

[PROPOSED] ORDER GRANTING
MICROSOFT'S *EX PARTE* APP. FOR (1) TRO,
(2) TEMPORARY IMPOUNDMENT ORDER,
AND (3) ORDER TO SHOW CAUSE – Page 7

PDF created with pdfFactory trial version www.pdffactory.com