1   Paul J. Andre (Bar No. 196585)
    Esha Bandyopadhyay (Bar No. 212249)
2   Perkins Coie LLP
    101 Jefferson Drive
3   Menlo Park, California  94025-1114
    Phone: (650) 838-4370
4   Fax: (650) 838-4350
    Email: pandre@perkinscoie.com
5          bande@perkinscoie.com

6   Scott T. Wilsdon (*pro hac vice*)
    John H. Jamnback (*pro hac vice*)
7   Jeremy Roller (*pro hac vice*)
    Yarmuth Wilsdon Calfo PLLC
8   925 Fourth Avenue, Suite 2500
    Seattle, Washington  98104
9   Phone: (206) 516-3800
    Fax: (206) 516-3888
10  Email: wilsdon@yarmuth.com
           jjamnback@yarmuth.com
11         jroller@yarmuth.com

12  Attorneys for Plaintiff Microsoft

13              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF CALIFORNIA
14                    FRESNO DIVISION

15  MICROSOFT CORPORATION, a
    Washington corporation,                     NO. 1:06-CV-01048-OWW-LJO
16
                    Plaintiff,                   STIPULATION AND ORDER
17                                               FORFEITING CERTAIN ASSETS AND
        v.                                       LIFTING ASSET FREEZE
18
    KEVIN PIRA, d/b/a BACKUP SOFTWARE            The Honorable Oliver W. Wanger
19  SALES, KEVINPIRA@EXCITE.COM,
    MICROSOFTWHOLESALE,
20  WHOLESALESOFTWAREDIRECT,
    FLAMINGKEVIN, SWEETKEVSALES,
21  KEVSCUSTOMTRUCK,
    ROYALRUMBLEWWE,
22  ELECTECHNOLOGIES, and KEVINPIRA,
    an individual,
23
                    Defendant.
24

25

26

STIPULATION AND ORDER FORFEITING
CERTAIN ASSETS AND LIFTING ASSET
FREEZE – Page 1

PDF created with pdfFactory trial version www.pdffactory.com

**STIPULATION**

It is hereby stipulated by and among plaintiff Microsoft Corporation ("Microsoft") and defendant Kevin Pira, doing business as Backup Software Sales Inc., kevinpira@excite.com, Microsoftwholesale, Wholesalesoftwaredirect, Flamingkevin, Sweetkevsales, Kevscustomtruck, Royalrumblewwe, Electechnologies, Kevinpira, and other names ("Pira") that the following Order Forfeiting Certain Assets and Lifting Asset Freeze be entered by the Court without further notice or process:

1.      On August 11, 2006, this Court entered an Order Granting Microsoft's *Ex Parte* Application for (1) Temporary Restraining Order Freezing Defendant's On-Line and Related Accounts, and (2) Order to Show Cause ("Asset Freeze Order").

2.      The Asset Freeze Order resulted in a freeze on all funds in several accounts owned or controlled by Pira:

(a)      The PayPal account in the name of Kevin Pera and identified by the e-mail address iofferpayment@comcast.net;

(b)      The PayPal account in the name of Kevin Pira and identified by the e-mail address kevinpira@excite.com;

(c)      The PayPal account in the name of Kevin Pira and identified by the e-mail address chevymaniac@comcast.net;

(d)      The PayPal account in the name of Kevin Pira and identified by the e-mail address kevspimpshit@comcast.net;

(e)      The PayPal account in the name of Kevin Pira and identified by the e-mail address cadenterprises@comcast.net;

(f)      The PayPal account in the name of Kevin Pira and identified by the e-mail address iofferpayments@comcast.net;

(g)      The PayPal account in the name of Kevin Pira and identified by the e-mail address kavsbadasstruck@comcast.net;

STIPULATION AND ORDER FORFEITING
CERTAIN ASSETS AND LIFTING ASSET
FREEZE – Page 2

PDF created with pdfFactory trial version www.pdffactory.com

1        (h)     The PayPal account in the name of Kevin Pira and identified by the

2    e-mail address racingquads@comcast.net;

3        (i)     The PayPal account in the name of Kevin Pira and identified by the

4    e-mail address autocaddesigns@comcast.net;

5        (j)     The PayPal account in the name of Kevin Pira and identified by the

6    e-mail address ebaysalesinc@excite.com;

7        (k)     The PayPal account in the name of Kevin Pira and identified by the

8    e-mail address cadtechnology@comcast.net;

9        (*l*)     Pira's Amazon.com account;

10        (m)     The Bank of America account in the name of Kevin Pira and

11    identified by the account number xxxxx-x7946; and

12    3.    The freeze on those accounts was extended by the Stipulated Preliminary

13    Injunction, entered by this Court on August 28, 2006.

14    4.    As of August 28, 2006, the frozen accounts contained a combined balance of

15    $1,934.54, consisting of $266.88 in the PayPal account identified by the e-mail address

16    iofferpayment@comcast.net, $50.05 in the PayPal account identified by the e-mail address

17    iofferpayments@comcast.net, $1,526.27 in the Bank of America account, and two

18    disbursements from Amazon.com in the amounts of $14.26 and $77.08.  The remainder of

19    the frozen accounts contained no funds.  By agreement of the parties, as approved by the

20    Court, Pira was permitted to withdraw $350.00 from his account at Bank of America.  *See*

21    Stipulated Preliminary Injunction ¶ 6.  Pira made that $350.00 withdrawal on August 29,

22    2006.

23    5.    As partial consideration in the settlement of Microsoft's claims against Pira,

24    Pira agrees to irrevocably forfeit to Microsoft all of the funds in the frozen accounts, less

25    Pira's $350.00 withdrawal from his Bank of America account as previously agreed by the

26    parties and less $1.00 that shall remain in his Bank of America account following the

STIPULATION AND ORDER FORFEITING
CERTAIN ASSETS AND LIFTING ASSET
FREEZE – Page 3

PDF created with pdfFactory trial version www.pdffactory.com

1  transfer directed in this Order.  PayPal and Amazon.com are directed to transfer all of the

2  funds from the accounts identified in this Order, upon service of this Order, to the Trust

3  Account of Yarmuth Wilsdon Calfo PLLC.  Bank of America is directed to transfer all of

4  the funds from the Bank of America account in the name of Kevin Pira and identified by the

5  account number xxxxx-x7946, with the exception of $1.00 that shall remain in that account,

6  upon service of this Order, to the Trust Account of Yarmuth Wilsdon Calfo PLLC.

7         6.     Upon completion of the forfeiture of funds to Microsoft, as set forth in

8  Paragraph 5, the Court hereby LIFTS the freeze on Pira's accounts without further notice or

9  order of the Court.

10         7.     The Court shall retain jurisdiction to entertain such further proceedings and

11  to enter such further orders as may be necessary or appropriate to implement and/or enforce

12  the provisions of this Order Forfeiting Certain Assets.  Pira specifically consents to personal

13  jurisdiction and venue in the United States District Court for the Eastern District of

14  California.

15         8.     Pira affirms that his consent to this Stipulation is given freely and

16  voluntarily, and after having had the opportunity to seek legal counsel.

17

18       DATED this 2nd day of September, 2006.

19

20  /s/ Jeremy Roller for                        /s/ Kevin Pira

21  Paul J. Andre (Bar No. 196585)          Kevin Pira
    Esha Bandyopadhyay (Bar No. 212249)   2374 Judith Way

22  Perkins Coie LLP                          Madera, CA  93637
    101 Jefferson Drive                   Phone: (559) 474-9197

23  Menlo Park, California  94025-1114    Email: kevinpira@comcast.net
    Phone: (650) 838-4370

24  Fax: (650) 838-4350                 Defendant Kevin Pira, Pro Se
    Email: PAndre@perkinscoie.com

25             bande@perkinscoie.com

26

STIPULATION AND ORDER FORFEITING
CERTAIN ASSETS AND LIFTING ASSET
FREEZE – Page 4

PDF created with pdfFactory trial version www.pdffactory.com

1

2

3    /s/ Jeremy Roller
     Scott T. Wilsdon (*pro hac vice*)
4    John H. Jamnback (*pro hac vice*)
     Jeremy R. Roller (*pro hac vice*)
5    YARMUTH WILSDON CALFO PLLC
     925 Fourth Avenue, Suite 2500
6    Seattle, Washington  98104
     Phone: (206) 516-3800
7    Fax: (206) 516-3888
     E-Mail: wilsdon@yarmuth.com
8             jjamnback@yarmuth.com
              jroller@yarmuth.com
9

10   Attorneys for Plaintiff Microsoft Corporation

11

12

13                          **ORDER**

14        IT IS SO ORDERED.

15

16        DATED this   13th   day of         September        , 2006.

17

18                              /s/ Oliver W. Wanger
                           The Honorable Oliver W. Wanger
19                         United States District Judge

20

21

22

23

24

25

26

STIPULATION AND ORDER FORFEITING
CERTAIN ASSETS AND LIFTING ASSET
FREEZE – Page 5

425.12 gi111503 9/13/06
PDF created with pdfFactory trial version www.pdffactory.com