Paul J. Andre (Bar No. 196585)
Esha Bandyopadhyay (Bar No. 212249)
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, California 94025-1114
Phone: (650) 838-4370
Fax: (650) 838-4350
Email: pandre@perkinscoie.com
       bande@perkinscoie.com

Scott T. Wilsdon (*pro hac vice*)
John H. Jamnback (*pro hac vice*)
Jeremy Roller (*pro hac vice*)
Yarmuth Wilsdon Calfo PLLC
925 Fourth Avenue, Suite 2500
Seattle, Washington 98104
Phone: (206) 516-3800
Fax: (206) 516-3888
Email: wilsdon@yarmuth.com
       jjamnback@yarmuth.com
       jroller@yarmuth.com

Attorneys for Plaintiff Microsoft

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN PIRA, d/b/a BACKUP SOFTWARE SALES, KEVINPIRA@EXCITE.COM, MICROSOFTWHOLESALE, WHOLESALESOFTWAREDIRECT, FLAMINGKEVIN, SWEETKEVSALES, KEVSCUSTOMTRUCK, ROYALRUMBLEWWE, ELECTECHNOLOGIES, and KEVINPIRA, an individual,<br><br>Defendant. | NO. 1:06-CV-01048-OWW-LJO<br><br>STIPULATED PERMANENT INJUNCTION AGAINST DEFENDANT KEVIN PIRA AND ORDER<br><br>The Honorable Oliver W. Wanger |

STIPULATED PERMANENT INJUNCTION
AGAINST DEFENDANT KEVIN PIRA AND
ORDER – Page 1

Case 1:06-cv-01048-OWW-LJO   Document 36   Filed 09/20/06   Page 2 of 6

**STIPULATION**

It is hereby stipulated by and among plaintiff Microsoft Corporation ("Microsoft") and defendant Kevin Pira, doing business as Backup Software Sales Inc., kevinpira@excite.com, Microsoftwholesale, Wholesalesoftwaredirect, Flamingkevin, Sweetkevsales, Kevscustomtruck, Royalrumblewwe, Electechnologies, Kevinpira, and other names ("Pira") that the following Permanent Injunction against Kevin Pira be entered by the Court without further notice or process:

1.  Pira stipulates that he, along with his agents, servants, employees, representatives, successors, and assigns, and all those persons acting at his direction or control, shall be and hereby are PERMANENTLY ENJOINED and RESTRAINED from:

   a.  imitating, copying, or making any other infringing use or infringing distribution of the software programs, components, end user license agreements, or any other items or things protected by Microsoft's copyrights, including, but not limited to, the following Certificate Registration Numbers:

   (1)   TX 5-407-055 ("Windows XP Professional");
   (2)   TX 5-837-617 ("Office 2003 Professional");
   (3)   TX 5-872-225 ("Access 2003");
   (4)   TX 5-837-636 ("Excel 2003");
   (5)   TX 5-900-087 ("Outlook 2003");
   (6)   TX 5-852-649 ("PowerPoint 2003");
   (7)   TX 5-900-088 ("Word 2003");
   (8)   TX 5-837-618 ("Publisher 2003"); and
   (9)   Any other items or works now or hereafter protected by any Microsoft copyright;

   b.  importing (to the United States), offering to the public, providing and trafficking in counterfeit and/or unauthorized product keys, knowing or having reason to

AGAINST DEFENDANT KEVIN PIRA AND
ORDER – Page 2

PDF created with pdfFactory trial version www.pdffactory.com

1  know that such product keys (a) are primarily designed or produced for the purpose of
2  circumventing activation and/or validation features of Microsoft software, (b) have only
3  limited commercially significant purpose or use other than to circumvent Microsoft's
4  activation and/or validation features, or (c) are marketed for use in circumventing
5  Microsoft's activation and/or validation features;

6      c.    imitating, copying, or making any other infringing use or infringing
7  distribution of the software and/or materials now or hereafter protected by Microsoft's
8  registered trademarks and service mark, including, but not limited to, the following
9  Trademark Registration Numbers:

10      (1)    1,200,236 ("MICROSOFT");
11      (2)    1,256,083 ("MICROSOFT");
12      (3)    1,872,264 ("WINDOWS");
13      (4)    1,816,354 (WINDOWS FLAG LOGO);
14      (5)    1,815,350 (COLORED WINDOWS LOGO);
15      (6)    1,475,795 ("POWERPOINT");
16      (7)    1,741,086 ("MICROSOFT ACCESS");
17      (8)    1,982,562 (PUZZLE PIECE LOGO);
18      (9)    2,744,843 (COLORED FLAG DESIGN);
19      (10)    2,188,125 ("OUTLOOK"); and
20      (11)    Any other items or works now or hereafter protected by any
21      Microsoft trademark;

22      d.    manufacturing, assembling, producing, distributing, offering for
23  distribution, circulating, selling, offering for sale, advertising, importing, promoting, or
24  displaying any software, component, or thing bearing any simulation, reproduction,
25  counterfeit, copy, or colorable imitation of any of Microsoft's registered Trademarks,
26

STIPULATED PERMANENT INJUNCTION
AGAINST DEFENDANT KEVIN PIRA AND
ORDER – Page 3

Service Mark or Copyright Registration Numbers, including, but not limited to, those listed in subparagraphs a and c above;

      e.    using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered Trademarks, Service Mark, or Copyright Registration Numbers including, but not limited to, those listed in subparagraphs a and c above, in connection with the manufacture, assembly, production, distribution, offering for distribution, circulation, sale, offering for sale, import, advertisement, promotion, or display of any software program, component, and/or item not authorized or licensed by Microsoft;

      f.    using any false designation of origin or false or misleading description or false or misleading representation that can or is likely to lead the trade or public erroneously to believe that any software program, component, or item has been manufactured, assembled, produced, distributed, offered for distribution or circulation, sold, offered for sale, imported, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is not true in fact;

      g.    using reproductions, counterfeits, copies or colorable imitations of Microsoft's copyrighted and trademark protected software and other materials in the distribution, offering for distribution, circulating, sale, offering for sale, advertising, importing, promoting, or displaying of any merchandise not authorized or licensed by Microsoft;

      h.    using the names, logos, or other variations thereof of any of Microsoft's copyright and/or trademark-protected software in any of Pira's trade or corporate names;

      i.    engaging in any other activity constituting an infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit, these trademarks, service mark, and/or copyrights;

STIPULATED PERMANENT INJUNCTION
AGAINST DEFENDANT KEVIN PIRA AND
ORDER – Page 4

PDF created with pdfFactory trial version www.pdffactory.com

1    j.   trafficking, distributing or intending to traffic or distribute any
2 counterfeit or illicit Microsoft Certificates of Authenticity or Certificate of Authenticity
3 Labels, or any Microsoft documentation or packaging; and
4    k.   assisting, aiding, or abetting any other person or business entity in
5 engaging in or performing any of the activities referred to in subparagraphs a through j
6 above.
7    2.   The Court shall retain jurisdiction to entertain such further proceedings and
8 to enter such further orders as may be necessary or appropriate to implement and/or enforce
9 the provisions of this Permanent Injunction.  Pira specifically consents to personal
10 jurisdiction and venue in the United States District Court for the Eastern District of
11 California.  Microsoft and Pira further stipulate that Pira will provide written notice to
12 Microsoft's counsel of any changes in the name and/or address of any software business,
13 including but not limited to iOffer "stores" that he currently owns or operates, or by which
14 he is employed, and of any new or additional software business that he acquires, owns or
15 operates, or by which he is employed.
16    3.   Upon proof of any violations by Pira of the provisions of this Permanent
17 Injunction, the Court shall be authorized to award damages and other relief therefore,
18 including any damages that Microsoft had previously released pursuant to the terms of the
19 Settlement Agreement and Release between Microsoft and Pira.
20 //
21 //
22 //
23 //
24 //
25 //
26 //

STIPULATED PERMANENT INJUNCTION
AGAINST DEFENDANT KEVIN PIRA AND
ORDER – Page 5

PDF created with pdfFactory trial version www.pdffactory.com

4, Pira affirms that his consent to this Stipulation is given freely and voluntarily, and after having had the opportunity to seek legal counsel.

DATED this 2nd day of September, 2006.

| | |
|---|---|
| /s/ Jeremy Roller for<br>Paul J. Andre (Bar No. 196585)<br>Esha Bandyopadhyay (Bar No. 212249)<br>Perkins Coie LLP<br>101 Jefferson Drive<br>Menlo Park, California 94025-1114<br>Phone: (650) 838-4370<br>Fax: (650) 838-4350<br>Email: PAndre@perkinscoie.com<br>       bande@perkinscoie.com | /s/ Kevin Pira<br>Kevin Pira<br>2374 Judith Way<br>Madera, CA 93637<br>Phone: (559) 474-9197<br>Email: kevinpira@comcast.net<br><br>Defendant Kevin Pira, Pro Se |

/s/ Jeremy Roller
Scott T. Wilsdon (*pro hac vice*)
John H. Jamnback (*pro hac vice*)
Jeremy R. Roller (*pro hac vice*)
YARMUTH WILSDON CALFO PLLC
925 Fourth Avenue, Suite 2500
Seattle, Washington 98104
Phone: (206) 516-3800
Fax: (206) 516-3888
E-Mail: wilsdon@yarmuth.com
        jjamnback@yarmuth.com
        jroller@yarmuth.com

Attorneys for Plaintiff Microsoft Corporation

## **ORDER**

IT IS SO ORDERED.

DATED this   19th   day of        September        , 2006.

                              /s/ Oliver W. Wanger
                              The Honorable Oliver W. Wanger
                              United States District Judge

STIPULATED PERMANENT INJUNCTION
AGAINST DEFENDANT KEVIN PIRA AND
ORDER – Page 6

PDF created with pdfFactory trial version www.pdffactory.com