Paul J. Andre (Bar No. 196585)
Esha Bandyopadhyay (Bar No. 212249)
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, California 94025-1114
Phone: (650) 838-4370
Fax: (650) 838-4350
Email: pandre@perkinscoie.com
       bande@perkinscoie.com

Scott T. Wilsdon (*pro hac vice*)
John H. Jamnback (*pro hac vice*)
Jeremy Roller (*pro hac vice*)
Yarmuth Wilsdon Calfo PLLC
925 Fourth Avenue, Suite 2500
Seattle, Washington 98104
Phone: (206) 516-3800
Fax: (206) 516-3888
Email: wilsdon@yarmuth.com
       jjamnback@yarmuth.com
       jroller@yarmuth.com

Attorneys for Plaintiff Microsoft

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>KEVIN PIRA, d/b/a BACKUP SOFTWARE SALES, KEVINPIRA@EXCITE.COM, MICROSOFTWHOLESALE, WHOLESALESOFTWAREDIRECT, FLAMINGKEVIN, SWEETKEVSALES, KEVSCUSTOMTRUCK, ROYALRUMBLEWWE, ELECTECHNOLOGIES, and KEVINPIRA, an individual,<br><br>            Defendant. | NO. 1:06-CV-01048-OWW-LJO<br><br>STIPULATION AND ORDER RELEASING BOND<br><br>The Honorable Oliver W. Wanger |

STIPULATION AND ORDER RELEASING
BOND – Page 1

**STIPULATION**

It is hereby stipulated by and among plaintiff Microsoft Corporation ("Microsoft") and defendant Kevin Pira, doing business as Backup Software Sales Inc., kevinpira@excite.com, Microsoftwholesale, Wholesalesoftwaredirect, Flamingkevin, Sweetkevsales, Kevscustomtruck, Royalrumblewwe, Electechnologies, Kevinpira, and other names ("Pira") that the following Order Releasing Bond be entered by the Court without further notice or process:

1. On August 11, 2006, this Court ordered Microsoft to file proof of bond in the amount of $100,000 as security for all claims with respect to the Temporary Restraining Order (Dkt. # 16) and Asset Freeze Order (Dkt. # 17).  *See* Temporary Restraining Order ¶ 13; Asset Freeze Order ¶ 8.

2. On August 14, 2006, Microsoft filed a Notice of Filing of a Bond in Regards to Temporary Restraining Order in the stated amount.

3. This case having been fully settled and resolved, the parties hereby stipulate to the Court's entry of this Order Releasing Bond.  Bond No. 6404587, filed on behalf of Microsoft by Safeco Insurance Company of America as surety, is hereby RELEASED.  The parties stipulate and agree that no claims have been made, or will be made, against this bond.

//
//
//
//
//
//
//
//

STIPULATION AND ORDER RELEASING
BOND – Page 2

PDF created with pdfFactory trial version www.pdffactory.com

4. Pira affirms that his consent to this Stipulation is given freely and voluntarily, and after having had the opportunity to seek legal counsel.

DATED this 2nd day of September, 2006.

| | |
|---|---|
| /s/ Jeremy Roller for<br>Paul J. Andre (Bar No. 196585)<br>Esha Bandyopadhyay (Bar No. 212249)<br>Perkins Coie LLP<br>101 Jefferson Drive<br>Menlo Park, California 94025-1114<br>Phone: (650) 838-4370<br>Fax: (650) 838-4350<br>Email: pandre@perkinscoie.com<br>       bande@perkinscoie.com | /s/ Kevin Pira<br>Kevin Pira<br>2374 Judith Way<br>Madera, CA 93637<br>Phone: (559) 474-9197<br>Email: kevinpira@comcast.net<br><br>Defendant Kevin Pira, Pro Se |

/s/ Jeremy Roller
Scott T. Wilsdon (*pro hac vice*)
John H. Jamnback (*pro hac vice*)
Jeremy R. Roller (*pro hac vice*)
YARMUTH WILSDON CALFO PLLC
925 Fourth Avenue, Suite 2500
Seattle, Washington 98104
Phone: (206) 516-3800
Fax: (206) 516-3888
E-Mail: wilsdon@yarmuth.com
        jjamnback@yarmuth.com
        jroller@yarmuth.com

Attorneys for Plaintiff Microsoft Corporation

**ORDER**

IT IS SO ORDERED.

DATED this   19th   day of           September          , 2006.

/s/ Oliver W. Wanger
The Honorable Oliver W. Wanger
United States District Judge

STIPULATION AND ORDER RELEASING
BOND – Page 3

PDF created with pdfFactory trial version www.pdffactory.com