Paul J. Andre (Bar No. 196585)
Esha Bandyopadhyay (Bar No. 212249)
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, California 94025-1114
Phone: (650) 838-4370
Fax: (650) 838-4350
Email: pandre@perkinscoie.com
       bande@perkinscoie.com

Scott T. Wilsdon (*pro hac vice*)
John H. Jamnback (*pro hac vice*)
Jeremy Roller (*pro hac vice*)
Yarmuth Wilsdon Calfo PLLC
925 Fourth Avenue, Suite 2500
Seattle, Washington 98104
Phone: (206) 516-3800
Fax: (206) 516-3888
Email: wilsdon@yarmuth.com
       jjamnback@yarmuth.com
       jroller@yarmuth.com

Attorneys for Plaintiff Microsoft

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN PIRA, d/b/a BACKUP SOFTWARE SALES, KEVINPIRA@EXCITE.COM, MICROSOFTWHOLESALE, WHOLESALESOFTWAREDIRECT, FLAMINGKEVIN, SWEETKEVSALES, KEVSCUSTOMTRUCK, ROYALRUMBLEWWE, ELECTECHNOLOGIES, and KEVINPIRA, an individual,<br><br>　　　　Defendant. | NO. 1:06-CV-01048-OWW-LJO<br><br>STIPULATION AND ORDER OF DISMISSAL<br><br>The Honorable Oliver W. Wanger |

STIPULATION AND ORDER OF DISMISSAL –
Page 1

PDF created with pdfFactory trial version www.pdffactory.com

**STIPULATION**

It is hereby stipulated by and among plaintiff Microsoft Corporation ("Microsoft") and defendant Kevin Pira, doing business as Backup Software Sales Inc., kevinpira@excite.com, Microsoftwholesale, Wholesalesoftwaredirect, Flamingkevin, Sweetkevsales, Kevscustomtruck, Royalrumblewwe, Electechnologies, Kevinpira, and other names ("Pira") that the following Order of Dismissal be entered by the Court without further notice or process:

1. Microsoft and Pira stipulate to the dismissal of this action with prejudice and without attorney's fees or costs.

2. Microsoft and Pira further stipulate that the United States District Court for the Eastern District of California shall continue to have jurisdiction in this case to the extent necessary to enforce the Permanent Injunction and other agreed orders, and the Settlement Agreement and Release entered into by Microsoft and Pira.

3. Pira affirms that his consent to this Stipulation is given freely and voluntarily, and after having had the opportunity to seek legal counsel.

DATED this 2nd day of September, 2006.

/s/ Jeremy Roller for
Paul J. Andre (Bar No. 196585)
Esha Bandyopadhyay (Bar No. 212249)
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, California 94025-1114
Phone: (650) 838-4370
Fax: (650) 838-4350
Email: pandre@perkinscoie.com
       bande@perkinscoie.com

/s/ Kevin Pira
Kevin Pira
2374 Judith Way
Madera, CA 93637
Phone: (559) 474-9197
Email: kevinpira@comcast.net

Defendant Kevin Pira, Pro Se

STIPULATION AND ORDER OF DISMISSAL –
Page 2

PDF created with pdfFactory trial version www.pdffactory.com

/s/ Jeremy Roller
Scott T. Wilsdon (*pro hac vice*)
John H. Jamnback (*pro hac vice*)
Jeremy R. Roller (*pro hac vice*)
YARMUTH WILSDON CALFO PLLC
925 Fourth Avenue, Suite 2500
Seattle, Washington 98104
Phone: (206) 516-3800
Fax: (206) 516-3888
E-Mail: wilsdon@yarmuth.com
　　　　jjamnback@yarmuth.com
　　　　jroller@yarmuth.com

Attorneys for Plaintiff Microsoft Corporation

**ORDER**

IT IS SO ORDERED.

DATED this   19th   day of       September      , 2006.

　　　　　　　　　　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　The Honorable Oliver W. Wanger
　　　　　　　　　　　　　　　　United States District Judge

425.08 ge100401 9/19/06

STIPULATION AND ORDER OF DISMISSAL –
Page 3

PDF created with pdfFactory trial version www.pdffactory.com