Paul J. Andre (Bar No. 196585)
Esha Bandyopadhyay (Bar No. 212249)
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, California 94025-1114
Phone: (650) 838-4370
Fax: (650) 838-4350
Email: pandre@perkinscoie.com
       bande@perkinscoie.com

Scott T. Wilsdon (*pro hac vice*)
John H. Jamnback (*pro hac vice*)
Jeremy Roller (*pro hac vice*)
Yarmuth Wilsdon Calfo PLLC
925 Fourth Avenue, Suite 2500
Seattle, Washington 98104
Phone: (206) 516-3800
Fax: (206) 516-3888
Email: wilsdon@yarmuth.com
       jjamnback@yarmuth.com
       jroller@yarmuth.com

Attorneys for Plaintiff Microsoft

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN PIRA, d/b/a BACKUP SOFTWARE SALES, KEVINPIRA@EXCITE.COM, MICROSOFTWHOLESALE, WHOLESALESOFTWAREDIRECT, FLAMINGKEVIN, SWEETKEVSALES, KEVSCUSTOMTRUCK, ROYALRUMBLEWWE, ELECTECHNOLOGIES, and KEVINPIRA, an individual,<br><br>Defendant. | NO. 1:06-CV-01048-OWW-LJO<br><br>STIPULATION AND ORDER FORFEITING SURRENDERED ARTICLES |

STIPULATION AND ORDER FORFEITING
SURRENDERED ARTICLES – Page 1

PDF created with pdfFactory trial version www.pdffactory.com

**STIPULATION**

It is hereby stipulated by and among plaintiff Microsoft Corporation ("Microsoft") and defendant Kevin Pira, doing business as Backup Software Sales Inc., kevinpira@excite.com, Microsoftwholesale, Wholesalesoftwaredirect, Flamingkevin, Sweetkevsales, Kevscustomtruck, Royalrumblewwe, Electechnologies, Kevinpira, and other names ("Pira") that the following Order Forfeiting Surrendered Articles be entered by the Court without further notice or process:

1. On August 13, 2006, Pira surrendered to Microsoft certain Microsoft software and documents relating to his distribution of Microsoft software (collectively, the "Surrendered Articles") to Microsoft.

2. An inventory of the Surrendered Articles is attached hereto as Exhibit A.

3. As partial consideration in the settlement of Microsoft's claims against Pira, Pira irrevocably forfeits to Microsoft any right, claim, or interest he has or may believe he has in the Surrendered Articles and consents to Microsoft's right to possess, use, and/or destroy the Surrendered Articles.

4. The Court shall retain jurisdiction to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and/or enforce the provisions of this Order Forfeiting Surrendered Articles. Pira specifically consents to personal jurisdiction and venue in the United States District Court for the Eastern District of California.

//
//
//
//
//
//

STIPULATION AND ORDER FORFEITING
SURRENDERED ARTICLES – Page 2

PDF created with pdfFactory trial version www.pdffactory.com

5.  Pira affirms that his consent to this Stipulation is given freely and voluntarily, and after having had the opportunity to seek legal counsel.

DATED this 2nd day of September, 2006.

| | |
|---|---|
| /s/ Jeremy Roller for<br>Paul J. Andre (Bar No. 196585)<br>Esha Bandyopadhyay (Bar No. 212249)<br>Perkins Coie LLP<br>101 Jefferson Drive<br>Menlo Park, California  94025-1114<br>Phone: (650) 838-4370<br>Fax: (650) 838-4350<br>Email: pandre@perkinscoie.com<br>         bande@perkinscoie.com | /s/ Kevin Pira<br>Kevin Pira<br>2374 Judith Way<br>Madera, CA  93637<br>Phone: (559) 474-9197<br>Email: kevinpira@comcast.net<br><br>Defendant Kevin Pira, Pro Se |

/s/ Jeremy Roller
Scott T. Wilsdon (*pro hac vice*)
John H. Jamnback (*pro hac vice*)
Jeremy R. Roller (*pro hac vice*)
YARMUTH WILSDON CALFO PLLC
925 Fourth Avenue, Suite 2500
Seattle, Washington  98104
Phone: (206) 516-3800
Fax: (206) 516-3888
E-Mail: wilsdon@yarmuth.com
         jjamnback@yarmuth.com
         jroller@yarmuth.com

Attorneys for Plaintiff Microsoft Corporation

## **ORDER**

IT IS SO ORDERED.

DATED this   19th   day of        September        , 2006.

            /s/ Oliver W. Wanger          
The Honorable Oliver W. Wanger
United States District Judge

STIPULATION AND ORDER FORFEITING
SURRENDERED ARTICLES – Page 3

**Exhibit A**

**Stipulation and Order Forfeiting Surrendered Articles**

*Microsoft Corp. v. Kevin Pira*, No. 1:06-CV-01408-OWW-LJO (E.D. Cal.)

One Master Copy of a CD-RW Microsoft Windows XP Professional

One Master Copy of a CD-RW Microsoft Office XP Professional with 2002 Frontpage

One Master Copy of a CD-RW Microsoft Office Professional 2003

One Copy of a CD-RW Microsoft Office 2007 Beta

Thirty one counterfeit Xbox games

Documents regarding Pira's customers

STIPULATION AND ORDER FORFEITING
SURRENDERED ARTICLES – Page 4

425.12 gh181502

PDF created with pdfFactory trial version www.pdffactory.com